NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FRANCIS BAHR, DOC #C09990,                )
                                          )
        Appellant,                   )
                                          )
v.                                        )        Case No. 2D17-3104
                                          )
STATE OF FLORIDA,                         )
                                          )
        Appellee.                    )
_____          )

Opinion filed March 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley,
Judge.

Francis Bahr, pro se.


PER CURIAM.


        Affirmed.


CASANUEVA, CRENSHAW, and ROTHSTEIN-YOUAKIM, JJ., Concur.